BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPAL SINGH,<br><br>    Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, et al.,<br><br>    Respondents. | Case No. 2:14-cv-2727 KJN P<br><br>STIPULATION TO DISMISSAL AND ORDER |

This is an immigration case in which petitioner Jaspal Singh challenges his detention by Immigration and Customs Enforcement. The parties now stipulate to dismissal as petitioner has been removed pursuant to a warrant of removal. Because petitioner has been removed, and is no longer in detention, his habeas petition challenging his confinement is moot, and the parties stipulate to dismissal pursuant to Fed. R. Civ. P. 41(a)(2). *Picrin-Peron v. Rison*, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner). Each side to bear its own cost of litigation.

December 31, 2014

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant United States Attorney

By:   /s/ Wahida Noorzad
Wahida Noorzad
Saad Ahmad & Associates

ORDER

Both parties consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  Pursuant to the joint stipulation, the matter is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated:  January 6, 2015

/sing2727.41a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE